IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR238 |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| MICHAEL MECKE, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 23rd day of March, 2012, this matter is before the Court on the United States' Request for Leave to Dismiss (Filing No. 23). The Court, being duly advised in the premises, finds the request should be granted.

IT IS THEREFORE ORDERED

1. Leave of court is granted for the United States to dismiss the Indictment filed herein as to the Defendant, Michael Mecke.

2. The Indictment filed herein is hereby dismissed.

**BY THE COURT:**

s/ Joseph F. Bataillon
**United States District Court**